IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN WESLEY PHILLIPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-06-1418-M |
| ) | |
| DAVID C. MILLER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On February 26, 2007, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed upon filing for lack of jurisdiction. Petitioner was advised of his right to object to the Report and Recommendation by March 18, 2007. After receiving several extensions of time, petitioner filed his objection on May 29, 2007.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on February 26, 2007; and

(2) DISMISSES the petition for writ of habeas corpus upon filing for lack of jurisdiction.

**IT IS SO ORDERED this 15th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE